United States District Court
Southern District of Texas
**ENTERED**
October 31, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE BERRY, *et al.*, § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. H-19-0024 |
| § | |
| ADT SECURITY SERVICES, INC., § | |
| and NICK MARCOULIER, § | |
| Defendants. § | |

# DISMISSAL ORDER

Plaintiffs filed a Notice of Voluntary Dismissal Without Prejudice [Doc. # 20]. Defendants filed a Motion to Vacate the Voluntary Dismissal [Doc. # 21], which this Court denied by Memorandum and Order [Doc. # 28] entered August 6, 2019. For purposes of a clear record, it is hereby

**ORDERED** that, pursuant to Plaintiffs' Notice of Voluntary Dismissal [Doc. # 20], this case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas, this 31st day of **October, 2019**.

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE